RECEIVED

OCT 2 0 2020

PRO SE OFFICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ronald Dwayne Bibb

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Malek and Malek attys, at Law

Sinclair Broadcast Group Inc

NBC News and affiliates

ViacomCBS and affiliates

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

First Second fourteenth my 5th + 6th amendment rights and several other ones. The political parties somehow has got me involved with the separation of Church and State because of my family blood line Martin Thomas Bibb.

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _ABC, CBS WSyX WHe__, is incorporated under the laws of
the State of ___N.Y. N.Y.  M.d OH_____ (mr. Malek)

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Ronald          D            Bibb
First Name        Middle Initial     Last Name

1279 woodbrook lane
Street Address

franklin          OHIO          43223
County, City          State          Zip Code

614 – 817 – 4141
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _Malek + Malek attorneys at Law._

First Name / Last Name

_Attorneys At Law_

Current Job Title (or other identifying information)

_1227 S. High St_

Current Work Address (or other address where defendant may be served)

_Franklin, Columbus Ohio    43206_

County, City / State / Zip Code

Defendant 2: _Sinclair broacast group. INC_

First Name / Last Name

_news, T.V. Radio  and offiliates._

Current Job Title (or other identifying information)

_Hunt valley beaver dam Rd._

Current Work Address (or other address where defendant may be served)

_Don't know      Md      21030_

County, City / State / Zip Code

Defendant 3: _N.B.C News_

First Name / Last Name

_N.B.C. Radio, News, and affiliates._

Current Job Title (or other identifying information)

_30 Rockefeller plaza New York._

Current Work Address (or other address where defendant may be served)

_I don't know New York N Y    10112_

County, City / State / Zip Code

court papers N.Y

October 11, 2020   Ronald D. Bibb

A.T.+T. through the F.B.I., with the Mental Health Board is using the law enforcement including The Columbus, Ohio Police Dept., The State Hwy Patrol, Franklin Twp. Police Dept. 43223 and other law enforcement agencies in Ohio to go pick people up and take them to Net Access. The people on the mental health computers which some of them are acessed with what they call the illuminited computer block which is like a triangle. The people that's on these systems has got their handwriting and home computer systems on my so called permanent record. And all of them is connected to things that went on in the South end of Columbus Ohio when I lived at 915 Higbee Dr. S. 43207. There was The U.S. Military lived next door at 921. Norman Briggs Sr. and Norman Briggs Jr. all tied in with The Mental Health and the Hamilton Twp. P.T.A. from 1974-1984, U.S. Air Force. I'd call Congressman Stivers about a week ago He told me I need fax what I have to my congressman of my district To Congressman Joyce Beatty. It has been political corruption and I do believe that some of them is co-conspirators in identification theft. Financially and politically

Thank You

R.B.

10-12-20

Defendant 4: _Viacom, C.B.S. I.N.C._
First Name     Last Name

_Telecommunication TV news ect._
Current Job Title (or other identifying information)

_1515 Broadway_
Current Work Address (or other address where defendant may be served)

_I don't know New York N.Y. 10036_
County, City    State   Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _The State of O.HIO, coulumbus._

Date(s) of occurrence: _1962 To The present 2020_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

To Your honors, I would like to start out with, I have an RFID computer chip and/or tracking device that tells the truth about everything that I am telling you that has went on my whole life and more. I've never used needles or drugs and have heard conversations at doctors offices about experimental drugs that has been put in me. WCMH TV WTVN TV WBNS, CBS and WTTE are tied into computer chips and Tracking devices that they have in me. For instance and incident that happened in my dad's garage in a 66 Ford Station Wagon where me and a girl from the neighborhood was talking at 316 E Gates 43206

Fax To 614-444-8836

To Malek & Malek Attorneys at law
1227 S. High St Columbus, Ohio 43206
614-444-7440 fax 614-444-8836
Attention- Jim Malek. I have called
several times, you have not responded
in 9 months or wrote me a letter
about my case with Progressive
Insurance. Therefore I am firing
you Jim Malek & Malek & Malek on
this Case or any other case.

Mr. Malek refuses to send me or give me
my original documents and eardrops. I
would say that he wrote things on them
that he shouldn't have that ties into all
this stuff.

10-12-20

Thank You Ronald Bibb (The freebird
1279 Apt E Woodbrook Lane
Columbus Ohio 43223
614-817-4141.

R.B.

Court papers N.Y.

-Mr. Malek ⌐            10-12-20

In 2018, 10/17, I was hit head on as a lady was turning left off parsons Ave and hit me. I had consulted Mr. Malek with Malek-Malik Attorneys at law, Jim Malek said he would take the case. He had me sign some papers. Later I had looked at the paper and they was not retainer agreements. He knew my family. They had a case for my mom in the past. I sent him about 30 papers. And I sent about 30 documents to Progressive Ins. including legal census documents. Malek did not do anything on my dads car I did it. I went to 6 months of physical therapy. I have medical records to show physical damage to the neck done. To my spine and neck and left hip. Malek will not send my papers, and eardrops. They put in my ears at Twin Valley Behavorial Health 2200 West Broad St 43223 on 1/28/15. Progressive Insurance sent me to Enterprise Rent a car. The ins. Company took my car for 10 days without a title. And rented me a car for about 8 days. They left me without a car for 2 days. and then Enterprise Rent a car sent me a bill for 989.00 for a damage car and 2 days rental fee on the same bill. I have pictures of both cars. They got mad because I didn't pay for 10.00 a day for insurance. How can they let a car off the lot uninsured. Your honors my whole life has been completely physically and mentaly

week that I'd send these documents ⚫ of ⚫⚫
to you

## court popers N.Y.

10-12-20

In the late 1970's I was jumped by 6 men,
put in a half of body cast for about 3 weeks.
I had to sleep standing up. It happened again
in the 1980's, I was in a body cast for about 4
weeks. They said I had internal bleeding and
was clinically dead. Around 2007 I had a
spider bite. I had a family physician, North-
town family practice. Dr. Rajeswari
Lingomeni, two emergency room vists, I went
to Mount Carmel North. I was admitted to the
hospital. My left hand was swelled up about 6"
around. On the 5th day my hand and my arm was
swelled up about 7" all the way up to my heart.
Dr. Lingomneni only come in to see me one
time. The whole time she did not adminster
only antibiotics. On the 5th day the nurses
came in and told me they was going to cut
my left arm off. I wouldn't let them do it.
So the next morning they took me to a hand
specialist to cut it open on top of my hand
and drained it. The hand specialist said it
shot up to the ceiling. It took 5 feet of
medical packing on the inside of the wound.
I took care of the packing and dressing for
weeks after that.

As you can see on document one. North
Town Family practice. Dr. Lingomneni
I was her patient for 3 or 4 years and
she knew who I was. This is all tied into
the insurance fraud and identification theft.

Continued

court papers N.Y. 1-of

10-12-20

When I was hit by a van in 1972, Somehow it rolled over both of my legs. There was a tire mark across my left knee cap. And a tire mark across my left knee cap. And a tire mark across my right leg between my knee cap and my ankle. My left stop growing. I was hit a day before my 15th birthday Aug. 6, 1958. My left foot is pointed left, and my right leg goes to the right, So when I walk my left hip is about 2" off. And they said my left leg would not grow anymore. And somehow it ended up in probate Court in Franklin County Columbus, Ohio on or before 1972. Which involved with at least two bank. City National Bank and Franklin Federal Savings and Loan Association, It totaled 8,000.00 from both of them. Maybe 3 banks. Your honors they have been doing this stalking on me and my family I know of. At least when I was a baby, when my mother and father lived in Point Pleasant W. V. President J.F.K. stop their political campagin run held me in his arms. And somehow they knew about that, I would say that is our so called permanent record. It was pretty speial. I have been called a Kennedy N lover so called in the political world a blank blank nUt. As they have been living on our name. I believe it has something to do with insurance fraud and anytime something happens to us medically.

court papers N.Y

10-12-20

It has all been a part of identification and insurance fraud in my family name. And it has been going on for years. I faxed legal documents letting Mr. Malek know I took care of it myself under diress for 2700.00 There is more to the story then meets the eye. Progressive Ins. owns the majority of Ins. companies. In 1978 they took my license for 20½ years for nothing. It has all been part of their targeting of Individuals. When I was about 13 yrs. I put my hand down on a pepsi bottle that broke and it went straight through my left wrist I was about 2½" wide and about 4" long. 3 fingers are numb and I have tendents and ligaments damaged. The left side of my jaw was broken. My chest plate bone was broken, my ribs had been broken. Your honors I can't fit everything in these papers that has been done to me since I was baby Including an incident at Grant Hospital in 2013. When I was in there with Betty Graves my ex girlfriend which was on The Mask Bank Robbery Case in Columbus, Ohio We were both in there having our hearts checked out and they were stalking me and her

Thank You Your honors.

50.00 money order enclosed for administrated fees N Y Southern District Court.

Ronald D. Bilel
12-79 woodbrook Ln
COLS OH 43223.

10/12/2020        10-K-20

Every one of these people and places have been involved with filming me and gang stalking from about 1960 to the present. There is all kind of viedos up to date about mind control and minipulation. Many of them is on the intenet under MK Ultra mind contol. They can put FM and HM frequencies in your inner ears, including voices and music. They have had this stuff in me most of my life. The only people that has the trainsmiters and recievers to do this with is The News stations listed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

About 6 weeks ago I had a stroke on the left side of my body because of the stress of all this. The whole left side of my body. Feels like air. My equal librium on my left side I feel like I'm unbalance. I have a case in front of your court that I sentin on 10/2/2020

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would ask you to look at the Defimation and slander case of the Indigenous Peoples March AKA The Sandman where he sued CNN news for $250 million. He settled for 9 million. I believe 60 yrs of this is worth by the opening amount. Thank You

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10-12-2020 | Ronald D Bibb |
|---|---|
| Dated | Plaintiff's Signature |

| Ronald | D | Bibb |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 1279 woodbrook lane Apt E |
|---|
| Street Address |

| franklin | Ohio | 43223 |
|---|---|---|
| County, City | State | Zip Code |

| 614-817-4141 | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

tied into Harvey Winesteins Stalking

U.S. Attorney office
~~For 614-769-5663~~ J. Betty
Fax To 614-220-5640 10-7-20

Ted Gunderson April 26, 2011 in Federal
District Court Affidavit **Ronold D Bibb**
FBI Whistle blower **10-12 20 -**
Senior Spec. Agent. Signed + notorized
an avidavit 4/26/11 in Fed District Ct
the "avidavit" in eLebella V. Fed Bureau
investigtion ET AL Case# 1:2011CV00023
stated the FBI is involved in illegal
targeting activity including **and molestation**

✓ Gang stalking. Organized **Stalking**
✓ Illegal Suveliance **Destruction of personal property**
✓ Harrassment **Tracking Device planted in body**
✓ Surreptitious Entry into home + vehicle
✓ Illegal Spy cameras
✓ Financid Sabotage ✓ Suppresion of
✓ Slander Campaign evidence
✓ Poisining ✓ Ostruction of
✓ Murder Justice
✓ Drug Set-ups and more ✓ Attempted Blackmail
✓ 24  7 Surveilance Attempted extortion
✓ Direct Energy Weapons ✓ False imprisonment
✓ psychological Operations wireless electronic
✓ occasional assault + battery ✓ surveilance
✓ Surreptitous Attempted murder Home + Car invas
✓ Fraudulent Investigation ✓ burlary

Twin Valley Behavioral Healthcare
2200 West Broad Street
Columbus, OH 43223
T:614-752-0333
F:614-644-3873

Fax To → 614-221-0754

To Whom It May Concern Franklin County Probate Court and any other legal establishment where required thereafter;

To begin, I have requested my licensed social worker Tiffany McCullough, MSW, LSW to type this letter to accompany me in my hearing.

I Ronald Bibb would like to represent myself if it has been discovered that I was not released on 1/28/15. On 1/28/15, I want full motion of discovery in any legal documentation accompanied with it, along with any legal and law books and computer system that I might need to defend myself on my case. In addition, I would request paralegal assistant.

I also believe this whole matter is tied to someone trying to steal my inheritance. This also ...es in with the identity theft that I believe is going on.

Dating back to motion of discovery to 1970 from Governor Kasich's, Jobs and family Services, AEP, Columbia us Gas, Behavioral Sciences, the mental health board, ADAMH Board. I also would like all medical documents and mental health documents from 1970- to the present.

My attending psychiatrist will be a hostile witness, and I will need all record for her mental and physical. During my stay here, staff and psychiatrist are aware that I have broken bones all parts of my body; my right leg is inch and a half short than my left leg. I have protruding bones in left side of chest and my neck collar bone. I have a protruding bump on my right side above my temple, and when I push on it, there is high-pitch frequency sound that follows.

...I would like to begin representing myself on 1/28/15 immediately after the hearing.
Thank you for your time and attention in this matter.

Sincerely,

Mr. Ronald Bibb, (DOB: 8/6/58 in Gallipolis, OH, Hosier Hospital.)
"The Free Bird," aka grandson of Leondis Cosine from Westerville, OH (who passed a
In addition, I am also related to the Caldwells as well as the Hunts, Stovers, Woods,
Cox.

cover sheet 18

10-17-2020

To

United States District Court Southern District of N.Y.

From

Ronald Dwayne Bibb,

1279 Woodbrook Ln. apt. E

Columbus Ohio 43223

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 20 PM 1:25

Court documents for Complaint and lawsuit, 18 pages

10/12/2020

2 of 2

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, OH
43223
OCT 13, 20
AMOUNT
**$4.05**
R2305M143657-09

10007

1000

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1290 0000 4098 0349

Columbus 13 OCT 2020

79. Wagg
num 6y5 Ohio 43223

U.S. District Court-Southern District
500 Pearl St,
New York, N.Y. 10007



RECEIVED
OCT 20 2020
CLERK'S OFFICE
S.D.N.Y.